UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SOMERSET SHOPPING CENTER
COMPANY LIMITED
PARTNERSHIP, et al.,

   Plaintiffs,

v.

LEE HUDSON, et al.,

   Defendants.

2:10-CV-2130 JCM (PAL)

**ORDER**

  Presently before the court is plaintiffs Somerset Shopping Center Company, Limited Partnership and Estwin Corporation, as general partner of Somerset Shopping Center's motion to stay (doc. #8), which somehow escaped the court's attention.

  In the motion (doc. #8), plaintiff asks this court to stay the proceedings in order to give defendant Lee Hudson's insurance company, Travelers Insurance Company, an opportunity to decide whether to defend and/or indemnify Mr. Hudson. The case arises from Mr. Hudson's dry cleaning business allegedly using chemicals that contaminated the soil and ground water of the defendant's shopping center. Plaintiff contends that if Travelers Insurance decides to cover remediation costs, "then this suit might be rendered moot." (Doc. #8).

  After contacting the insurance company, plaintiff agreed not to file a motion for default, and concluded that "it is in its best interest to give them an opportunity to investigate this claim" and stay

**James C. Mahan**
**U.S. District Judge**

the case for ninety days from that date, February 16, 2011. However, as ninety days have passed, the motion for stay is moot.

Good cause appearing,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiffs Somerset Shopping Center Company, Limited Partnership and Estwin Corporation, as general partner of Somerset Shopping Center's motion to stay (doc. #8) be, and the same hereby is, DENIED, as moot.

DATED August 10, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -